

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:99-CR-508-RLH-RJJ |
| Plaintiff, | |
| vs. | |
| ZI XIANG ZHEN | |
| Defendant. | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#114), sentencing having been imposed on April 13, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: MONTE CARLO HOTEL AND CASINO
    Amount of Restitution: $8,000.00

    Name of Payee: CAESARS PALACE
    Amount of Restitution: $8,000.00

    Name of Payee: HARRAHS HOTEL AND CASINO
    Amount of Restitution: $8,000.00

    Name of Payee: SHERATON DESERT INN
    Amount of Restitution: $8,000.00

Name of Payee: RIVIERA HOTEL & CASINO
Amount of Restitution: $8,000.00

**Total Amount of Restitution ordered: $40,000.00****

**Joint and several with co-defendants Jian Guang Zhao, Norman Niandong Lui, Kam Ming Chin and Steven Kwonghun Lok


Dated this ___21___ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE